**Richard Joseph RAMSEY,
Plaintiff—Appellant,**

v.

**SECRETARY OF the ARMY,
Defendant—Appellee.**

No. 08–8234.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 19, 2009.

Decided: April 13, 2009.

Richard Joseph Ramsey, Appellant Pro Se.

Before NIEMEYER, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard Joseph Ramsey appeals the district court's order denying his petition for writ of mandamus. We have reviewed the record and find no reversible error. Ac-

---

cordingly, we affirm for the reasons stated by the district court. *Ramsey v. Secretary of the Army*, No. 5:08–hc–02088–D (E.D.N.C. Sept. 23, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*